```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARC DAYS, Bar #184098
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   EVODIO MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-00397 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE HEARING; |
| v. | ) ORDER |
| EVODIO MORENO, | ) Date : February 6, 2012 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for January 9, 2012, **may be continued to February 6, 2012, at 9:00 a.m.**

This continuance is requested by counsel for the defendant because the parties anticipate a resolution of the matter and need additional time for plea negotiations. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

///

///

///

Stipulation to Continue Trial Confirmation/Motions
*In Limine* Hearing; Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 5, 2012  /s/ Mark McKeon
MARK McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 5, 2012  /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
EVODIO MORENO

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: January 5, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE