| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MARC DAYS, Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | EVODIO MORENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00397 AWI |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| EVODIO MORENO, | ) | Date : April 2, 2012 |
| | ) | Time: 10:00 a.m. |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for March 5, 2012, **may be continued to April 2, 2012, at 10:00 a.m.**

This continuance is requested by counsel for the defendant because he is currently engaged in trial and will be in trial again the week of March 5 - 9, 2012. The parties anticipate a resolution of the matter and need additional time for plea negotiations. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

///

///

///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a
3  speedy trial, including, but not limited to, the need for the period of time set forth herein for effective
4  defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 1, 2012          /s/ Mark McKeon
                              MARK McKEON
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              DANIEL J. BRODERICK
                              Federal Defender


DATED: March 1, 2012          /s/ Marc Days
                              MARC DAYS
                              Assistant Federal Defender
                              Attorney for Defendant
                              EVODIO MORENO


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

Dated:   March 1, 2012                         _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; Order                      2