```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare St, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6   United States of America
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,   )   CASE NO. 1:08-cr—00397 AWI
                                )
13              Plaintiff,      )
                                )
14      v.                      )   STIPULATION AND
                                )   ORDER TO EXCLUDE TIME
15  EVODIO MORENO,              )
                                )
16                              )
                Defendant.      )
17  _____)
18
19      The parties request that the status conference in this case
20  be continued from April 2, 2012 to April 23, 2012, at 10:00 a.m.
21  They stipulate that the time between April 2, 2012 and April 23,
22  2012 should be excluded from the calculation of time under the
23  Speedy Trial Act.  The parties stipulate that the ends of justice
24  are served by the Court excluding such time, so that counsel for
25  the defendant may have reasonable time necessary for effective
26  preparation, taking into account the exercise of due diligence.
27  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the parties are
28  discussing a possible resolution of this case.  A legal issue has

                                 1
```

come up as to which sentencing guideline should be applied to this case, and the parties need additional time to complete the legal research before a plea can be reached. The parties anticipate that at the continued status conference, there will be either a change of plea or a trial setting. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: March 28, 2012   By:   /s/ Mark J. McKeon
                             MARK J. McKEON
                             Assistant U.S. Attorney

DATE: March 28, 2012         /s/ Marc Days
                             MARC DAYS
                             Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   March 28, 2012   _____
                          CHIEF UNITED STATES DISTRICT JUDGE