| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MARC DAYS, Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | EVODIO MORENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-00397 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; |
| v. | ) ORDER |
| | ) |
| EVODIO MORENO, | ) Date : June 18, 2012 |
| | ) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for June 4, 2012, **may be continued to June 18, 2012, at 10:00 a.m.**

This continuance is requested by counsel for the defendant because the parties need additional time for the government to provide the defense with a plea offer and, if necessary, for the parties to negotiate a resolution of the matter prior to the hearing. The continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

///

///

///

Stipulation to Continue Status
Conference Hearing; Order

1     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 31, 2012      /s/ Mark McKeon
MARK McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 31, 2012      /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
EVODIO MORENO

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: May 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; Order      2